# United States District Court
# For The Western District of North Carolina
# Statesville Division

PAUL BRIGHT,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                               CASE NO. 5:09CV73

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2011, Order.

                                      Signed: September 30, 2011

                                      Frank G. Johns, Clerk
                                      United States District Court